# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

ANNE L. MEDLEY,

                Plaintiff,

v.

FIRST TENNESSEE BANK,

                Defendant.

Case No. 18-CV-980-JPS

**JUDGMENT**

**Decision by Court**. This action came on for consideration before the Court and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Magistrate Judge David E. Jones' Report and Recommendations (Docket #8) be and the same is hereby **ADOPTED IN PART**; and

    **IT IS FURTHER ORDERED AND ADJUDGED** that this action be and the same is hereby **DISMISSED with prejudice**.

APPROVED:

_J.P. Stadtmueller_
U.S. District Judge

STEPHEN C. DRIES
Clerk of Court
*s/ Jodi L. Malek*
By: Deputy Clerk

August 31, 2018
Date